# Order

**Lansing, Michigan**

August 14, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161638(74)

MICHAEL WHITE, Personal Representative
of the ESTATE OF DARLA WHITE
      Plaintiff-Appellant,

v

DONALD KNAPP, JR., and KORAL KNAPP,
      Defendants-Appellees.
_____/

SC: 161638
COA: 346921
Saginaw CC: 18-037070-CH

     On order of the Chief Justice, the motion of defendants-appellees to extend the time for filing their answer to the application for leave to appeal is GRANTED. The answer will be accepted as timely filed if submitted on or before September 10, 2020.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

August 14, 2020



Clerk